UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
BOBBIE GROSS

Debtor(s)

Case No. 09-47945

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/18/2009.

2) The plan was confirmed on 02/12/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 08/10/2010.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $13,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,800.00 |
| Less amount refunded to debtor | $425.00 |
| **NET RECEIPTS:** | **$6,375.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,900.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $320.66 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,220.66** |

Attorney fees paid and disclosed by debtor: $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERILOAN | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| CASH DIRECT EXPRESS GOVERNMEN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CASH TRANSFER CENTER | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL AUTO | Unsecured | 8,200.00 | 8,171.49 | 8,171.49 | 123.83 | 0.00 |
| CREDIT FIRST NA | Unsecured | NA | 1,083.41 | 1,083.41 | 16.42 | 0.00 |
| DR CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 14,000.00 | 13,886.69 | 13,886.69 | 210.43 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 10,500.00 | 9,800.83 | 9,800.83 | 148.52 | 0.00 |
| ECMC | Unsecured | 9,680.00 | 9,886.75 | 9,886.75 | 149.82 | 0.00 |
| FAIRVIEW HEALTH SERVICES | Unsecured | 1,700.00 | 1,275.55 | 1,275.55 | 19.33 | 0.00 |
| FIRESTONE | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK MARIN | Unsecured | 1,308.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 1,500.00 | 1,332.11 | 1,332.11 | 20.19 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 800.00 | 566.76 | 566.76 | 8.59 | 0.00 |
| IMPACT CASH USA INC | Unsecured | 500.00 | 455.00 | 455.00 | 6.89 | 0.00 |
| INSTANT CASH FLOW | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| LITTLE LOAN SHOPPE | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| MACYS RETAIL HOLDINGS INC | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| MINNESOTA DEPARTMENT OF REVE | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| NETCASH USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Unsecured | 2,600.00 | 2,634.44 | 2,634.44 | 39.92 | 0.00 |
| PARK NICOLLET CLINIC | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY OK | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| PROSPER MARKETPLACE INC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 10,500.00 | 12,927.27 | 12,927.27 | 195.89 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,300.00 | 1,336.78 | 1,336.78 | 20.26 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 17,200.00 | 27,432.83 | 27,432.83 | 415.70 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STARLIGHT FINANCIAL SERVICES | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 4,700.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 11,200.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 116,209.00 | 116,927.06 | 116,927.06 | 1,771.85 | 0.00 |
| USA FAST CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATIO | Unsecured | 600.00 | 442.24 | 442.24 | 6.70 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$208,159.21** | **$3,154.34** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,220.66 |
| Disbursements to Creditors | $3,154.34 |
| **TOTAL DISBURSEMENTS**: | **$6,375.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/31/2010                              By: /s/ Glenn Stearns
                                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**